**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, AND THE TRUMP ORGANIZATION, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>INTERNAL REVENUE SERVICE AND U.S. DEPARTMENT OF THE TREASURY,<br><br>*Defendants*. | No. 1:26-cv-20609-KMW |

**JOINT NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 4(a), Plaintiffs President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC (collectively, "Plaintiffs") and Plaintiffs' Attorneys Alejandro Brito and Daniel Epstein, by and through their undersigned counsel, hereby file this Joint Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's July 13, 2026 Order on Plaintiffs' response to the Court's May 29, 2026, Order on the non-party movants' Motion for Relief from Judgment or Order, or, in the Alternative, for Leave to Appear as *Amici Curiae* (D.E. 106), and all prior adverse orders merged therein.

Dated: July 31, 2026

Respectfully submitted,

**DLA PIPER LLP (US)**

*/s/ Christopher G. Oprison*
Christopher G. Oprison (FBN 0122080)
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Telephone: (305) 423-8522
Facsimile: (305) 437-8131
chris.oprison@dlapiper.com

*Counsel for Plaintiffs President Donald J.*
*Trump, Donald J. Trump Jr., Eric Trump,*
*The Trump Organization, LLC, Alejandro*
*Brito, and Daniel Epstein*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 31, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.  I further certify that the foregoing document is being served on Defendants by U.S. Mail at the following addresses:

U.S. Department of the Treasury
Attention: Secretary of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

U.S. Attorney's Office Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132

Internal Revenue Service
Attention: Commissioner of Internal Revenue
1111 Constitution Avenue, NW
Washington, D.C. 20224

/s/ Christopher G. Oprison
Christopher G. Oprison

3