**No. 26-12692**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP JR.,
ERIC TRUMP, THE TRUMP ORGANIZATION, LLC.,

*Plaintiffs-Appellants,*

ALEJANDRO BRITO, DANIEL EPSTEIN,

*Interested Parties-Appellants,*

INTERNAL REVENUE SERVICE,
U.S. DEPARTMENT OF THE TREASURY,

*Defendants,*

THIRTY-FIVE FORMER FEDERAL JUDGES,

*Interested Parties-Appellees.*

On Appeal from the United States District Court
for the Southern District of Florida,
Case No. 26-CV-20609 (Hon. Kathleen M. Williams)

# MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF APPELLANT PRESIDENT DONALD J. TRUMP'S MOTION

*(Counsel's Information on Inside Cover)*

Jeffrey Bossert Clark, Sr.
Vice President
THE OVERSIGHT PROJECT
211 N. Union Street
Alexandria, VA 22314
(202) 279-1396
jeff@itsyourgov.org

Abhishek Kambli
*Counsel of Record*

HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
1325 Avenue of the Americas
Suite 2843
New York, NY 10019
(202) 908-7430
akambli@HoltzmanVogel.com

Mark Pinkert
Elizabeth Price Foley
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
2333 Ponce De Leon Boulevard
Suite 600
Coral Gables, FL 33134
(305) 379-1601
mpinkert@HoltzmanVogel.com
efoley@HoltzmanVogel.com

*Counsel for Amicus Curiae*

The Oversight Project respectfully moves under Federal Rule of Appellate Procedure 29 for leave to file the attached brief as *amicus curiae* in support of President Donald J. Trump's motion for stay and, ultimately, reversal. Fed. R. App. 29(a)(3).

## LEGAL STANDARD

*Amici* may file an *amicus curiae* brief by a motion for leave that satisfies the requirements of the Federal Rules of Appellate Procedures. Fed. R. App. 29(a)(3). Those requirements state that the motion must include both the interest of the movant as well as why the brief is desirable and relevant to the case. *Id.* The attached brief meets these requirements.

## ARGUMENT

### I. The Oversight Project has a significant interest in cases relating to politicized abuse of the judicial system.

The Oversight Project is dedicated to fighting against political lawfare, and as such, has a significant interest in ensuring that attorneys are not sanctioned on account of inferences and abuses of process. Because the district court raises concerns regarding due process and imposes an injunction on speech—all while also enforcing harsh sanctions on attorneys that were justified through surmise—this case contains the judicial conduct that the Project strives to combat.

## II. The adjoined brief is both desirable and relevant because it informs the Court on the universal impacts of lawfare.

The brief seeks to display that it is in the public interest to stay and reverse the district court's sanctions order, as failure to do so signals that federal judges may weaponize their authority to punish litigants and counsel that do not meet their political views. The matters asserted within the brief assist the Court by detailing the errors that the district court made within its order, and by demonstrating that lawfare against one attorney equates to lawfare against all. This case represents a novel question, and rather than punish attorneys with harsh sanctions for advocating for their clients, *Amici* respectfully submit that a stay is granted until such a time that review is available.

The Court should grant the Oversight Project leave to file the adjoined brief as *amici* in support of Plaintiffs' motion for stay and reversal.

Dated: August 13, 2026

*/s/ Abhishek Kambli*
Abhishek Kambli
*Counsel for Amici Curiae*

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitations of Rule 29 and 32, and the typeface and type-style requirements of Rule 32. The brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Georgia. The brief contains 352 words, excluding the parts of the brief exempted.

*/s/ Abhishek Kambli*
Abhishek Kambli
*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I certify that on August 13, 2026, I electronically filed the foregoing brief with the Clerk through CM/ECF, which will serve an electronic copy to all counsel of record.

*/s/ Abhishek Kambli*
Abhishek Kambli
*Counsel for Amici Curiae*