Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

# CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

11th Circuit Docket Number: 26-12692

Caption:
President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Plaintiffs-Appellants,

Alejandro Brito, Daniel Epstein, Interested Parties-Appellants,

v.

Internal Revenue Service, U.S. Department of the Treasury, Defendants,

Thirty-Five Former Federal Judges, Interested Parties-Appellees.

District and Division: U.S. District Court for the Southern District of Florida (Miami)
Name of Judge: Kathleen M. Williams, U.S. District Judge
Nature of Suit: Unlawful disclosure of private plaintiffs' tax information

Date Complaint Filed: January 29, 2026
District Court Docket Number: 1:26-CV-20609-KMW

Date Notice of Appeal Filed: July 31, 2026
☐ Cross Appeal ☐ Class Action

Has this matter previously been before this court?
☐ Yes ☑ No
If Yes, provide
(a) Caption: ____
(b) Citation: ____
(c) Docket Number: ____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | See Attachment A | | |
| For Appellee:<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | See Attachment A | | |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☑ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☑ Injunction<br>☑ Other Post-Dismissal Sanctions | Amount Sought by Plaintiff: $____<br>Amount Sought by Defendant: $____<br>Awarded: $____ to ____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary<br>☑ Permanent<br>☑ Granted<br>☐ Denied |

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? ____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☐ Yes ☑ No

If Yes, provide
(a) Case Name/Statute ____
(b) Citation ____
(c) Docket Number if unreported ____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

If Yes, provide
(a) Case Name ____
(b) Citation ____
(c) Docket Number if unreported ____
(d) Court or Agency ____

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

Issues to be raised include, but are not limited to:
(1) Whether the district court incorrectly concluded that the President and the Executive branch are "one," and cannot be adverse, where the court improperly ignored that the President sued for recovery in his personal capacity.
(2) Whether erroneous sua sponte sanctions lacked adequate notice, evidence, and individualized findings.
(3) Whether the improper gag order is an unconstitutional prior restraint exceeding the district court's authority.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 17th DAY OF August, 2026.

Christopher G. Oprison
NAME OF COUNSEL (Print)

/s/ Christopher G. Oprison
SIGNATURE OF COUNSEL

# ATTACHMENT A

**Attorneys for Plaintiffs-Appellants and Interested Parties-Appellants**

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Christopher G. Oprison | 200 South Biscayne Blvd.<br>Suite 2500<br>Miami, FL 33131 | T: (305) 423-8522<br>F: (305) 657-6366<br>chris.oprison@dlapiper.com |
| Rachel A.H. Horton | 1650 Market Street<br>Suite 5000<br>Philadelphia, PA 19103 | T: (215) 656-3307<br>F: (215) 606-2077<br>rachel.horton@dlapiper.com |
| Tal Aburos | 200 South Biscayne Blvd.<br>Suite 2500<br>Miami, FL 33131 | T: (305) 423-8516<br>F: (305) 503-7506<br>tal.aburos@dlapiper.com |
| Josh Halpern | 1100 H Street NW<br>Suite 840<br>Washington, D.C. 20005 | T: (610) 405-5531<br>jhalpern@jhlegalpllc.com |

**Attorney for Defendants**

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| R. Trent McCotter | U.S. Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, D.C. 20530 | T: (202) 514-2105<br>trent.mccotter@usdoj.gov |

**Attorneys for Interested Parties-Appellees**

| Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|
| Andrés Rivero | 2525 Ponce de Leon<br>Boulevard, Suite 1000<br>Miami, Florida 33134 | T: (305) 445-2500<br>F: (305) 445-2505<br>arivero@riveromestre.com |
| Norman L. Eisen | 600 Pennsylvania Ave. SE<br>#15180<br>Washington, D.C. 20003 | T: (202) 594-9958<br>norman@democracydefenders.org |