No. 26-12692

IN THE

# United States Court of Appeals for the Eleventh Circuit

PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP JR., ERIC TRUMP, THE TRUMP ORGANIZATION, LLC,
*Plaintiffs-Appellants*,

ALEJANDRO BRITO, DANIEL EPSTEIN,
*Interested Parties-Appellants*,

v.

INTERNAL REVENUE SERVICE,
U.S. DEPARTMENT OF THE TREASURY,
*Defendants*,

THIRTY-FIVE FORMER FEDERAL JUDGES,
*Interested Parties-Appellees*.

On Appeal from the United States District Court
for the Southern District of Florida,
Case No. 1:26-cv-20609 (Hon. Kathleen M. Williams)

## MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF APPELLANTS' TIME-SENSITIVE MOTION FOR STAY OF SANCTIONS ORDER

*(Counsel Information on Inside Cover)*

Gene P. Hamilton
Reed D. Rubinstein
Julie A. Strauss
Nicholas R. Barry
Crystal C. Clanton
Robert A. Crossin
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, DC 20003
Phone: (202) 964-3721
gene.hamilton@aflegal.org
reed.rubinstein@aflegal.org
julie.strauss@aflegal.org
nicholas.barry@aflegal.org
crystal.clanton@aflegal.org
bobby.crossin@aflegal.org

*Counsel for Amicus Curiae*
*America First Legal Foundation*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

As required by Eleventh Circuit Rules 26.1-1, 28-1, and 29-2, I certify that in addition to the individuals listed in the Appellants' Time-Sensitive Motion for Stay (Dkt. 8), Defendants' Response (Dkt. 10), the *Amicus Curiae* Brief of the Oversight Project (Dkt. 13-2), and the Motion to Intervene (Dkt. 21-1), the following persons and entities have an interest in the outcome of this matter:

1. America First Legal Foundation, *Amicus Curiae*
2. Barry, Nicholas – Counsel for *Amicus Curiae* America First Legal Foundation
3. Clanton, Crystal – Counsel for *Amicus Curiae* America First Legal Foundation
4. Crossin, Robert – Counsel for *Amicus Curiae* America First Legal Foundation
5. Hamilton, Gene – Counsel for *Amicus Curiae* America First Legal Foundation
6. Rubinstein, Reed – Counsel for *Amicus Curiae* America First Legal Foundation
7. Strauss, Julie – Counsel for *Amicus Curiae* America First Legal Foundation

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1, *amicus curiae* America First Legal

Foundation declares that it has no parent corporation nor any shares that could be owned by a publicly held corporation.

Dated: August 19, 2026

*/s/Gene P. Hamilton*
Gene P. Hamilton

## INTRODUCTION

America First Legal Foundation ("AFL") respectfully moves under Federal Rule of Appellate Procedure 29 for leave to file the attached *amicus curiae* brief in support of Appellants.[1]

## IDENTITY AND INTEREST OF AMICUS CURIAE

AFL is a national nonprofit organization dedicated to upholding the rule of law, defending the constitutional and statutory rights of all Americans, and advancing public understanding of individual liberties guaranteed by the Constitution and the laws of the United States.

AFL has a substantial interest in this case because it regularly litigates matters involving the meaning and application of the Due Process Clauses of the U.S. Constitution. AFL also has a strong interest in safeguarding the independence of the legal profession and the rule of law. To that end, AFL litigates and conducts oversight efforts to protect

[1] All Appellants and all federal-government Appellees consent to the filing of this brief. The thirty-five former judges take no position on the filing. AFL does not believe the former judges are properly considered parties to this appeal. As non-parties to the case below, they filed a motion for relief from judgment under Rule 60 or, alternatively, a motion for leave to appear as *amici curiae*. Dist. Ct. Dkt. 63. The district court never ruled on that motion, and the case is now closed. Nevertheless, AFL contacted counsel for the former judges to ascertain their position on the filing and to ensure compliance with the applicable rules.

attorneys from partisan attacks, weaponized investigations, and unconstitutional sanctions that threaten their ability to represent clients free from governmental retaliation or interference. *See, e.g.*, Brief of Am. First Legal Found. as *Amicus Curiae* in Support of Respondent, *In re Clark*, No. 25-BG-0731 (D.C. Sept. 30, 2025), Disciplinary Dkt. No. 2021-D193. This case implicates those same fundamental principles and therefore falls squarely within AFL's institutional interests.

**ARGUMENT**

This Court has authority to grant *amicus curiae* leave to file in this matter pursuant to Federal Rule of Appellate Procedure 29 and Eleventh Circuit Local Rule 29. Amicus briefs can assist the court "in cases of general public interest by making suggestions to the court, by providing supplementary assistance to existing counsel, and by [e]nsuring a complete and plenary presentation of difficult issues so that the court may reach a proper decision." *Mobile Cnty. Water, Sewer & Fire Prot. Auth., Inc. v. Mobile Area Water & Sewer Sys., Inc.*, 567 F. Supp. 2d 1342, 1344 n.1 (S.D. Ala. 2008) (citation omitted), *aff'd*, 564 F.3d 1290 (11th Cir. 2009).

AFL submits this brief to offer alternative grounds for granting Appellants' motion and, ultimately, reversing the decision below. In particular, AFL addresses legal arguments and authorities that Appellants do not present in their briefing, and that may assist the Court in resolving the issues before it. Drawing on its experience litigating related issues, AFL also provides additional context regarding the legal frameworks implicated by this appeal. The brief is therefore intended to supplement the parties' presentations and to provide the Court with additional perspectives and authorities that may bear on the proper disposition of this matter.[2]

## CONCLUSION

For the foregoing reasons, this Court should grant the motion and accept the proposed brief, which is attached.

Dated: August 19, 2026

Respectfully submitted,

*/s/Gene P. Hamilton*
Gene P. Hamilton
Reed D. Rubinstein
Julie A. Strauss
Nicholas R. Barry

---

[2] AFL discloses that Daniel Epstein, an Interested Party-Appellant, is a former Vice President of AFL.

Crystal C. Clanton
Robert A. Crossin
America First Legal Foundation
611 Pennsylvania Ave SE #231
Washington, DC 20003
Phone: (202) 964-3721
gene.hamilton@aflegal.org
reed.rubinstein@aflegal.org
julie.strauss@aflegal.org
nicholas.barry@aflegal.org
crystal.clanton@aflegal.org
bobby.crossin@aflegal.org

*Counsel for Amicus Curiae*
*America First Legal Foundation*

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the type-volume limitations of Federal Rules of Appellate Procedure 29 and 32, and the typeface and type-style requirements of Rule 32. The brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook. The brief contains 542 words, excluding parts of the brief exempted.

*/s/Gene P. Hamilton*
Gene P. Hamilton

## CERTIFICATE OF SERVICE

I certify that on August 19, 2026, I electronically filed the foregoing brief with the Clerk through CM/ECF, which will serve an electronic copy to all counsel of record.

*/s/Gene P. Hamilton*
Gene P. Hamilton