No. 26-12692
**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

PRESIDENT DONALD J. TRUMP; DONALD J. TRUMP, JR.; ERIC TRUMP; and THE TRUMP ORGANIZATION, LLC,
*Plaintiffs-Appellants*,

ALEJANDRO BRITO and DANIEL EPSTEIN,
*Interested Parties-Appellants*,

v.

INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,
*Defendants-Appellees*,

THIRTY-FIVE FORMER FEDERAL JUDGES,
*Interested Parties-Appellees.*

---

On Appeal from the United States District Court for the Southern District of Florida, No. 1:26-cv-20609-KMW

---

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF INTERESTED PARTIES-APPELLEES

---

Neal S. Manne
Justin A. Nelson
Stephen Shackelford, Jr.*
Davida P. Brook*
Daniel J. Shih
Glenn C. Bridgman*
**SUSMAN GODFREY L.L.P.**^
1000 Louisiana St, Suite 5100
Houston, TX 77002
(713) 653-9366
jnelson@susmangodfrey.com

Matthew J. Platkin
Angela Cai
**PLATKIN LLP**
1 Gateway Ctr. #1150
Newark, NJ 07102
(973) 561-1952
acai@platkinllp.com

Andrés Rivero
**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
(305) 445-2500
arivero@riveromestre.com

Norman L. Eisen
David W. Ogden*
Stephen A. Jonas*
Carolina L. Porcile*
**DEMOCRACY DEFENDERS ACTION**
600 Pennsylvania Ave. SE #15180
Washington, D.C. 20003
(202) 594-9958
norman@democracydefenders.org

** Pro hac vice admission or regular admission forthcoming*

*^ Primary office listed. Counsel for Former Judges Nancy Gertner and Michael Luttig only*

*Counsel for Interested Parties-Appellees*

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Eleventh Circuit Rules 26.1-1 through 26.1-3 and 27-1(a)(5), counsel for Interested Parties/Appellees certify that the Thirty-Five Former Federal Judges are natural persons and have no parent corporation and that no publicly traded company or corporation holds a 10% or more interest in any Interested Party/Appellee or have an interest in the outcome of this appeal. The following is a complete list of the trial judge, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal:

1. Aburos, Tal – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

2. America First Legal Foundation – Amicus in the Court of Appeals

3. Barry, Nicholas R. – Counsel for Amicus America First Legal Foundation in the Court of Appeals

4. Biazzo, Corey J. – Pro se Amicus in the District Court

5. Bingham, Lauren C. – Counsel for Amicus in the District Court CREW

6. Bissell, John W., Retired Chief Judge – Appellee and Movant/Amicus in the District Court

7. Blanche, Todd – Attorney General, U.S. Department of Justice

8. Boisture, Pooja A. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

9. Bonta, Rob – Amicus in the District Court, Attorney General of California, Lead Signatory for Twenty-Three State Attorneys General Amici

10. Bradley, Conor – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

11. Bridgman, Glenn – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

12. Brito, Alejandro – Appellant and Counsel for Plaintiffs in the District Court

13. Brito, PLLC – Counsel for Plaintiffs-Appellants

14. Brook, Davida – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

15. Brown, Geraldine Soat, Retired Judge – Appellee and Movant/Amicus in the District Court

16. Cai, Angela – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

17. Carullo, Nick – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

18. Castillo, Rubén, Retired Chief Judge – Appellee and Movant/Amicus in the District Court

19. Citizens for Responsibility and Ethics in Washington (CREW) – Amicus in the District Court

20. Clanton, Crystal C. – Counsel for Amicus America First Legal Foundation in the Court of Appeals

21. Clark, Sr., Jeffrey Bossert – Counsel for Amicus in Court of Appeals The Oversight Project

22. Clemon, U.W., Retired Chief Judge – Appellee and Movant/Amicus in the District Court

23. Common Cause – Amicus in the District Court

24. Corp, Ian Michael – Counsel for Plaintiffs-Appellants

25. Cox, Susan E., Retired Judge – Appellee and Movant/Amicus in the District Court

26. Crossin, Robert A. – Counsel for Amicus America First Legal Foundation in the Court of Appeals

27. Debevoise & Plimpton LLP – Counsel for Amicus in the District Court

28. Democracy Defenders Action – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

29. Democracy Forward Foundation – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

30. Denlow, Morton, Retired Judge – Appellee and Movant/Amicus in the District Court

31. DLA Piper LLP (US) – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

32. Dow, Randy R. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

33. Duncan, David K., Retired Judge – Appellee and Movant/Amicus in the District Court

34. Eisen, Norman L. – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

35. Epstein & Co. LLC – Counsel for Plaintiffs-Appellants

36. Epstein, Daniel Z. – Appellant and Counsel for Plaintiffs in the District Court

37. Farchadi, Kayvan A. – Counsel for Amicus in the District Court CREW

38. Finnegan, Sheila, Retired Chief Judge – Appellee and Movant/Amicus in the District Court

39. Fogel, Jeremy, Retired Judge – Appellee and Movant/Amicus in the District Court

40. Foley, Elizabeth Price – Counsel for Amicus in Court of Appeals The Oversight Project

41. Francis IV, James C., Retired Judge – Appellee and Movant/Amicus in the District Court

42. Gay, Faith E. – Amicus in the District Court

43. Gelber Schachter & Greenberg, P.A. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

44. Gertner, Nancy, Retired Judge – Appellee and Movant/Amicus in the District Court

45. Gleeson, John – Amicus in the District Court

46. Gold, Steven M., Retired Judge – Appellee and Movant/Amicus in the District Court

47. Goldgar, A. Benjamin, Retired Judge – Appellee and Movant/Amicus in the District Court

48. Green, Nicholas R. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

49. Greenberg, Gerald E. – Counsel for Amici in the District Court, Former Government Officials & Public Interest Organizations

50. Grimm, Paul W., Retired Judge – Appellee and Movant/Amicus in the District Court

51. Haier, Aaron E. – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

52. Halpern, Josh – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

53. Hamilton, Gene P. – Counsel for Amicus America First Legal Foundation in the Court of Appeals

54. Henderson, Thelton, Retired Judge – Appellee and Movant/Amicus in the District Court

55. Henry, Robert Harlan, Retired Chief Judge – Appellee and Movant/Amicus in the District Court

56. Hewitt, Jillian – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

57. Holtzman Vogel Baran Torchinsky & Josefiak PLLC – Counsel for Amicus in Court of Appeals The Oversight Project

58. Holwell, Richard J., Retired Judge – Appellee and Movant/Amicus in the District Court

59. Horton, Rachel A.H. – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

60. Hoshijima, Tsuki – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

61. Huvelle, Ellen Segal, Retired Judge – Appellee and Movant/Amicus in the District Court

62. Internal Revenue Service – Defendant

63. Jasrasaria, Jyoti – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

64. JH Legal PLLC – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

65. Jonas, Stephen A. – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

66. Jones III, John E., Retired Judge – Appellee and Movant/Amicus in the District Court

67. Joshi, Nandan – Counsel for Amicus in the District Court Public Citizen

68. Kambli, Abhishek – Counsel for Amicus in Court of Appeals The Oversight Project

69. Keneally, Kathryn – Amicus in the District Court

70. Khan, Ayesha – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

71. Kirn, Harald H. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

72. Klugh, Richard C. – Counsel for Plaintiffs-Appellants

73. Koskinen, John – Amicus in the District Court

74. Lett, Hon. Enjolique A. – U.S. Magistrate Judge

75. Liao, Cynthia – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

76. Luttig, Michael, Retired Judge – Appellee and Movant/Amicus in the District Court

77. Lynn, Barbara M. G., Retired Judge – Appellee and Movant/Amicus in the District Court

78. Mann, Roanne L., Retired Judge – Appellee and Movant/Amicus in the District Court

79. Manne, Neal S. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

80. Matz, A. Howard, Retired Judge – Appellee and Movant/Amicus in the District Court

81. McCotter, R. Trent – Counsel for Defendants

82. Michel, Paul, Retired Chief Judge – Appellee and Movant/Amicus in the District Court

83. Milelli, Rosario – Nonparty

84. Munger Tolles & Olson LLP – Counsel for Amicus in the District Court

85. Nelson, Justin A. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

86. Newman, Lisa – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

87. O'Malley, Kathleen, Retired Judge – Appellee and Movant/Amicus in the District Court

88. O'Neil, David A. – Amicus in the District Court

89. Ogden, David W. – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

90. Olson, Nina – Amicus in the District Court

91. Oprison, Christopher G. – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

92. Owsley, Brian, Retired Judge – Appellee and Movant/Amicus in the District Court

93. Perryman, Skye L. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

94. Pinkert, Mark – Counsel for Amicus in Court of Appeals The Oversight Project

95. Platkin LLP – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

96. Platkin, Matthew J. – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

97. Porcile, Carolina – Counsel for Appellees Thirty-Five Former Federal Judges

98. Pro, Philip M., Retired Judge – Appellee and Movant/Amicus in the District Court

99. Project On Government Oversight – Amicus in the District Court

100. Public Citizen – Amicus in the District Court

101. Ramanathan, Ravi – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

102. Rennie, Russell – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

103. Rivero Mestre LLP – Counsel for Appellees Thirty-Five Former Federal Judges, and Amici in the District Court 93 Members of the U.S. House of Representatives

104. Rivero, Andrés – Counsel for Appellees Thirty-Five Former Federal Judges, and Amici in the District Court 93 Members of the U.S. House of Representatives

105. Roberts, Victoria A., Retired Judge – Appellee and Movant/Amicus in the District Court

106. Rothenberg, Gilbert – Amicus in the District Court

107. Rubinstein, Reed D. – Counsel for Amicus America First Legal Foundation in the Court of Appeals

108. Savage, Zach – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

109. Scheindlin, Shira A., Retired Judge – Appellee and Movant/Amicus in the District Court

110. Selendy Gay PLLC – Counsel for Amicus in the District Court

111. Selendy, Philippe Z. – Amicus in the District Court

112. Shackelford, Jr., Stephen – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

113. Sheehan, Daniel C. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

114. Shih, Daniel J. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

115. Smith, Fern M., Retired Judge – Appellee and Movant/Amicus in the District Court

116. Stephens III, Glenn – Requested Intervenor in District Court

117. Stoughton, Corey – Amicus in the District Court

118. Strauss, Julie A. – Counsel for Amicus America First Legal Foundation in the Court of Appeals

119. Sus, Nikhel S. – Counsel for Amicus in the District Court CREW

120. Susman Godfrey L.L.P. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

121. Tenjido-Eljaiek, Daniela – Counsel for Appellees Thirty-Five Former Federal Judges, and Amici in the District Court 93 Members of the U.S. House of Representatives

122. The Oversight Project – Amicus in the Court of Appeals

123. The Trump Organization, LLC – Plaintiff-Appellant

124. Thurston, Robin F. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

125. Tinder, John D., Retired Judge – Appellee and Movant/Amicus in the District Court

126. Trump Jr., Donald J. – Plaintiff-Appellant

127. Trump, Eric – Plaintiff-Appellant

128. Trump, President Donald J. – Plaintiff-Appellant

129. Ungaro, Ursula, Retired Judge – Appellee and Movant/Amicus in the District Court

130. United States Department of the Treasury – Defendant

131. Verrilli, Jr., Donald B. – Amicus in the District Court

132. Walsh, Daniel R. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

133. Ward, T. John, Retired Judge – Appellee and Movant/Amicus in the District Court

134. Williams, Hon. Kathleen M. – U.S. District Judge

135. Wolf, Mark L., Retired Judge – Appellee and Movant/Amicus in the District Court

136. Woodward, Jr., Stanley E. – Associate Attorney General, U.S. Department of Justice

137. Yeakel, Lee, Retired Judge – Appellee and Movant/Amicus in the District Court

Dated: August 25, 2026 /s/ Angela Cai

Neal S. Manne
Justin A. Nelson
Stephen Shackelford, Jr.*
Davida P. Brook*
Daniel J. Shih
Glenn C. Bridgman*
**SUSMAN GODFREY L.L.P.**^
1000 Louisiana St, Suite 5100
Houston, TX 77002
(713) 653-9366
jnelson@susmangodfrey.com

Matthew J. Platkin
Angela Cai
**PLATKIN LLP**
1 Gateway Ctr. #1150
Newark, NJ 07102
(973) 561-1952
acai@platkinllp.com

Andrés Rivero
**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
(305) 445-2500
arivero@riveromestre.com

Norman L. Eisen
David W. Ogden*
Stephen A. Jonas*
Carolina L. Porcile*
**DEMOCRACY DEFENDERS ACTION**
600 Pennsylvania Ave. SE #15180
Washington, D.C. 20003
(202) 594-9958
norman@democracydefenders.org

** Pro hac vice admission or regular admission forthcoming*

*^ Primary office listed. Counsel for Former Judges Nancy Gertner and Michael Luttig only*

*Counsel for Interested Parties-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. All counsel of record are registered CM/ECF users and will be served by that system.

Dated: August 25, 2026 /s/ Angela Cai