**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 28, 2026

Tal Aburos
DLA Piper LLP (US)
200 S BISCAYNE BLVD STE 2500
MIAMI, FL 33131

Ian Corp
Brito, PLLC
2121 PONCE DE LEON BLVD STE 650
CORAL GABLES, FL 33134

Joshua Halpern
JH Legal PLLC
1100 H ST NW STE 840
WASHINGTON, DC 20005

Rachel Horton
DLA Piper LLP (US)
1650 MARKET ST STE 5000
PHILADELPHIA, PA 19103-7300

Richard Carroll Klugh Jr.
Law Office of Richard C. Klugh
40 NW 3RD ST PH1
MIAMI, FL 33128

Christopher George Oprison
DLA Piper LLP (US)
200 S BISCAYNE BLVD STE 2500
MIAMI, FL 33131

Appeal Number: 26-12692-CC
Case Style: Donald Trump, et al v. Thirty-Five Former Federal Judges
District Court Docket No: 1:26-cv-20609-KMW

NOTICE OF APPEAL FILED: July 31, 2026

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this Court may lack jurisdiction over this appeal. If it is determined that this Court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the Court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. Counsel must submit their response electronically, and do not need to provide paper copies. Requests for extensions of time to file a response are disfavored.

After fourteen (14) days, this Court will consider any response(s) filed and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

Counsel who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |


Enclosure(s)

JUR-1 Resp reqd JQ