**No. 26-12692-CC**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

**PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP, JR., ERIC TRUMP, THE TRUMP ORGANIZATION, LLC,**
**Plaintiffs-Appellants,**

**ALEJANDRO BRITO, DANIEL EPSTEIN,**
**Interested Parties-Appellants**

**v.**

**INTERNAL REVENUE SERVICE, U.S. DEPARTMENT OF THE TREASURY,**
**Defendants-Appellees,**

**THIRTY-FIVE FORMER FEDERAL JUDGES,**
**Interested-Parties-Appellees.**

**On Appeal from the United States District Court
for the Southern District of Florida, No. 1:26-cv-20609 (Kathleen M. Williams)**

# DEFENDANTS-APPELLEES' RESPONSE TO JURISDICTIONAL QUESTION

R. TRENT MCCOTTER
*Acting Deputy Attorney General*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Washington, DC 20530*
*202-514-2105*

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Defendants certifies that the following have an interest in the outcome of this appeal:

1) Aburos, Tal – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

2) Biazzo, Corey J. – Pro se Amicus in the District Court

3) Bingham, Lauren C. – Counsel for Amicus in the District Court CREW

4) Bissell, Retired Chief Judge John W. – Appellee and Amicus in the District Court

5) Blanche, Todd – Attorney General, U.S. Department of Justice

6) Boisture, Pooja A. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

7) Bonta, Rob – Amicus, Attorney General of California, Lead Signatory for Twenty-Three State Attorneys General Amici

8) Bradley, Conor – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

9) Bridgman, Glenn – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

10) Brito, Alejandro – Appellant and Counsel for Plaintiffs in the District Court

11) Brito, PLLC – Counsel for Plaintiffs-Appellants

12) Brook, Davida – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

13) Brown, Retired Judge Geraldine Soat – Appellee and Amicus in the District Court

14) Cai, Angela – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

15) Carullo, Nick – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

16) Castillo, Retired Chief Judge Rubén – Appellee and Amicus in the District Court

17) Citizens for Responsibility and Ethics in Washington (CREW) – Amicus in the District Court

18) Clemon, Retired Chief Judge U.W. – Appellee and Amicus in the District Court

19) Common Cause – Amicus in the District Court

20) Corp, Ian Michael – Counsel for Plaintiffs-Appellants

21) Cox, Retired Judge Susan E. – Appellee and Amicus in the District Court

22) Debevoise & Plimpton LLP – Counsel for Amicus in the District Court

23) Democracy Defenders Action – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

24) Democracy Forward Foundation – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

25) Denlow, Retired Judge Morton – Appellee and Amicus in the District Court

26) DLA Piper LLP (US) – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

27) Dow, Randy R. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

28) Duncan, Retired Judge David K. – Appellee and Amicus in the District Court

29) Eisen, Norman L. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

30) Epstein & Co. LLC – Counsel for Plaintiffs-Appellants

31) Epstein, Daniel Z. – Appellant and Counsel for Plaintiffs in the District Court

32) Farchadi, Kayvan A. – Counsel for Amicus in the District Court CREW

33) Finnegan, Retired Chief Judge Sheila – Appellee and Amicus in the District Court

34) Fogel, Retired Judge Jeremy – Appellee and Amicus in the District Court

35) Francis IV, Retired Judge James C. – Appellee and Amicus in the District Court

36) Gay, Faith E. – Amicus in the District Court

37) Gelber Schachter & Greenberg, P.A. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

38) Gertner, Retired Judge Nancy – Appellee and Amicus in the District Court

39) Gleeson, John – Amicus in the District Court

40) Gold, Retired Judge Steven M. – Appellee and Amicus in the District Court

41) Goldgar, Retired Judge A. Benjamin – Appellee and Amicus in the District Court

42) Green, Nicholas R. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

43) Greenberg, Gerald E. – Counsel for Amici in the District Court, Former Government Officials & Public Interest Organizations

44) Grimm, Retired Judge Paul W. – Appellee and Amicus in the District Court

45) Haier, Aaron E. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

46) Halpern, Josh – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

47) Henderson, Retired Judge Thelton – Appellee and Amicus in the District Court

48) Henry, Retired Chief Judge Robert Harlan – Appellee and Amicus in the District Court

49) Hewitt, Jillian – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

50) Holwell, Retired Judge Richard J. – Appellee and Amicus in the District Court

51) Horton, Rachel A.H. – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

52) Hoshijima, Tsuki – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

53) Huvelle, Retired Judge Ellen Segal – Appellee and Amicus in the District Court

54) Internal Revenue Service – Defendant

55) Jasrasaria, Jyoti – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

56) JH Legal PLLC – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

57) Jonas, Stephen A. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

58) Jones III, Retired Judge John E. – Appellee and Amicus in the District Court

59) Joshi, Nandan – Counsel for Amicus in the District Court Public Citizen

60) Keneally, Kathryn – Amicus in the District Court

61) Khan, Ayesha – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

62) Kirn, Harald H. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

63) Klugh, Richard C. – Counsel for Plaintiffs-Appellants

64) Koskinen, John – Amicus in the District Court

65) Lett, Hon. Enjolique A. – U.S. Magistrate Judge

66) Liao, Cynthia – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

67) Luttig, Retired Judge Michael – Appellee and Amicus in the District Court

68) Lynn, Retired Judge Barbara M. G. – Appellee and Amicus in the District Court

69) Mann, Retired Judge Roanne L. – Appellee and Amicus in the District Court

70) Manne, Neal S. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

71) Matz, Retired Judge A. Howard – Appellee and Amicus in the District Court

72) McCotter, R. Trent – Counsel for Defendants

73) Michel, Retired Chief Judge Paul – Appellee and Amicus in the District Court

74) Milelli, Rosario – Nonparty

75) Munger Tolles & Olson LLP – Counsel for Amicus in the District Court

76) Nelson, Justin A. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

77) Newman, Lisa – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

78) O'Malley, Retired Judge Kathleen – Appellee and Amicus in the District Court

79) O'Neil, David A. – Amicus in the District Court

80) Ogden, David W. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

81) Olson, Nina – Amicus in the District Court

82) Oprison, Christopher G. – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

83) Owsley, Retired Judge Brian – Appellee and Amicus in the District Court

84) Perryman, Skye L. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

85) Platkin LLP – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

86) Platkin, Matthew J. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

87) Pro, Retired Judge Philip M. – Appellee and Amicus in the District Court

88) Project On Government Oversight – Amicus in the District Court

89) Public Citizen – Amicus in the District Court

90) Ramanathan, Ravi – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

91) Rennie, Russell – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

92) Rivero Mestre LLP – Counsel for Appellees Thirty-Five Former Federal Judges, and Amici in the District Court 93 Members of the U.S. House of Representatives

93) Rivero, Andrés – Counsel for Appellees Thirty-Five Former Federal Judges, and Amici in the District Court 93 Members of the U.S. House of Representatives

94) Roberts, Retired Judge Victoria A. – Appellee and Amicus in the District Court

95) Rothenberg, Gilbert – Amicus in the District Court

96) Savage, Zach – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

97) Scheindlin, Retired Judge Shira A. – Appellee and Amicus in the District Court

98) Selendy Gay PLLC – Counsel for Amicus in the District Court

99) Selendy, Philippe Z. – Amicus in the District Court

100) Shackelford, Jr., Stephen – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

101) Sheehan, Daniel C. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

102) Shih, Daniel J. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

103) Smith, Retired Judge Fern M. – Appellee and Amicus in the District Court

104) Stephens III, Glenn – Requested Intervenor in District Court

105) Stoughton, Corey – Amicus in the District Court

106) Sus, Nikhel S. – Counsel for Amicus in the District Court CREW

107) Susman Godfrey L.L.P. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

108) Tenjido-Eljaiek, Daniela – Counsel for Appellees Thirty-Five Former Federal Judges, and Amici in the District Court 93 Members of the U.S. House of Representatives

109) The Trump Organization, LLC – Plaintiff-Appellant

110) Thurston, Robin F. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

111) Tinder, Retired Judge John D. – Appellee and Amicus in the District Court

112) Trump Jr., Donald J. – Plaintiff-Appellant

113) Trump, Eric – Plaintiff-Appellant

114) Trump, President Donald J. – Plaintiff-Appellant

115) Ungaro, Retired Judge Ursula – Appellee and Amicus in the District Court

116) United States Department of the Treasury – Defendant

117) Verrilli, Jr., Donald B. – Amicus in the District Court

118) Walsh, Daniel R. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

119) Ward, Retired Judge T. John – Appellee and Amicus in the District Court

120) Williams, Hon. Kathleen M. – U.S. District Judge

121) Wolf, Retired Judge Mark L. – Appellee and Amicus in the District Court

122) Woodward, Jr., Stanley E. – Associate Attorney General, U.S. Department of Justice

123) Yeakel, Retired Judge Lee – Appellee and Amicus in the District Court

I am unaware of any publicly traded company that has an interest in the outcome of this appeal. Counsel for Appellant The Trump Organization, LLC has certified that The Trump Organization, LLC has no parent organization, and that no publicly traded company or corporation holds a 10% or more interest in The Trump Organization, LLC.

Dated: September 11, 2026

*/s/ R. Trent McCotter*
R. Trent McCotter

## RESPONSE TO JURISDICTIONAL QUESTION

The District Court's July 13 Order is immediately appealable on several independent grounds. *First*, it is appealable as an injunction under 28 U.S.C. § 1292(a)(1) because it restricts speech and enjoins certain litigation conduct in other tribunals. *Second*, the July 13 Order falls under the collateral order doctrine because the gag order aspect in particular risks irreparable First Amendment harms, and thus immediate review is necessary to effectively protect the interests at stake.

### I. The July 13 Order Is Appealable As an Injunctive Order Under § 1292(a).

Section 1292(a)(1) permits review of interlocutory orders "granting ... injunctions." The July 13 Order's gag-order sanction effectively grants an injunction and thus is immediately appealable.

Section 1292(a)(1) "provides appellate jurisdiction over 'orders that have the practical effect of granting or denying injunctions and have serious, perhaps irreparable, consequence.'" *Positano Place at Naples I Condominum Ass'n v. Empire Indemnity Ins. Co.*, 84 F.4th 1241, 1251 (11th Cir. 2023) (quoting *Gulfstream Aerospace Corp. v. Mayacamas Corp.*, 485 U.S. 271 (1988)). The gag-order sanction meets this test. *First*, the gag order functions as an injunction. To assess whether an order is an injunction, "courts look not to terminology, but to the substantial effect of the order made." *McCoy v. La. State Bd. of Educ.*, 345 F.2d 720, 721 (5th Cir. 1965). Courts employ a "functional approach, looking not to the form of the district court's order but to its actual effect." *Birmingham Fire Fighters Ass'n 117 v. Jefferson Cnty.*, 280 F.3d 1289, 1293 (11th Cir. 2002).

"[An injunction] is a means by which a court tells someone what to do or not to do. When a court employs the extraordinary remedy of an injunction, ... it directs the conduct of a party, and does so with the backing of its full coercive powers." *Nken v. Holder*, 556 U.S. 418, 428 (2009); *Alabama v. U.S. Army Corps of Eng'rs*, 424 F.3d 1117, 1128 (11th Cir. 2005) (defining an injunction as "(1) a clearly defined and understandable directive by the court to act or refrain from a particular action; and (2) enforceable through contempt, if disobeyed"); *Injunction*, Black's Law Dictionary (11th ed. 2019) (defining "injunction" as "[a] court order commanding or preventing an action"); 2 Joseph Story, Commentaries on Equity Jurisprudence § 861, at 57 (9th ed. 1866) ("A Writ of Injunction may be described to be a judicial process, whereby a party is required to do a particular thing, or to refrain from doing a particular thing, according to the exigency of the writ.").

The district court's gag order operates as an immediate prohibition on certain actions, namely certain speech. It is therefore a classic injunction and immediately appealable.

Courts have also held that Rule 11 sanctions that restrict future litigation conduct operate as injunctions. *See Riccard v. Prudential Ins. Co.*, 307 F.3d 1277, 1293 (11th Cir. 2002) (Rule 11 sanction prohibiting filing new actions without first obtaining leave of court an "injunction"). The en banc Eleventh Circuit has held that such injunctions are immediately appealable under § 1292(a)(1). *See Procup v. Strickland*, 792 F.2d 1069, 1070 & n.1 (11th Cir. 1986) (en banc) (per curiam) (construing order restricting pro se

prisoner from filing unless submitted by an attorney as appealable injunction under § 1292(a)(1)). Thus, "an order that prohibits a party from pursuing litigation in another forum unquestionably is an injunction for purposes of § 1292(a)(1)." *Alabama*, 424 F.3d at 1129 & n.18.

By analogy, the July 13 Order, which purports to prohibit the parties and some others from "using, offering, admitting, or citing any of [the settlement's] provisions in any judicial, administrative, regulatory, arbitration, or any other official proceeding as evidence of a 'settlement' in this matter," also works as an injunction.

*Second*, the gag order "might have a serious, perhaps irreparable, consequence, and that ... order can be effectually challenged only by immediate appeal." *Positano*, 84 F.4th 1241. As explained below, "reviewing such orders [restricting speech] after final judgment would not redress or undo any unconstitutional prohibitions of speech that occurred prior to or during" further sanctions proceedings. *United States v. Trump*, 88 F.4th 990, 1001 (D.C. Cir. 2023); *see also Dominguez v. Better Mortg. Corp.*, 88 F.4th 782, 790 (9th Cir. 2023) ("The communication restriction at issue here prevents Better Mortgage from communicating with employees about wage and hour matters absent court approval. This aspect of the order is injunctive in nature. That is sufficient for appellate jurisdiction under Section 1292(a).").

Finally, possessing jurisdiction over those injunctive aspects of the July 13 Order, this Court may exercise pendant jurisdiction over all other aspects of the Order, *see, e.g., Andrews v. Employees' Ret. Plan of First Ala. Bancshares, Inc.*, 938 F.2d 1245 (11th Cir. 1991),

but even if this Court declines to do so, it still must exercise jurisdiction over the aspects identified above as injunctive in nature.

## II. The July 13 Order Is Appealable Under the Collateral Order Doctrine.

The July 13 Order is also appealable now under the collateral order doctrine. The doctrine has three requirements: "first, the order must 'conclusively determine the disputed question'; second, it must 'resolve an important issue completely separate from the merits of the action'; and third, it must be 'effectively unreviewable on appeal from a final judgment.'" *Transamerica Comm. Fin. Corp. v. Banton, Inc.*, 970 F.2d 810, 814 (11th Cir. 1992) (quoting *Gulfstream Aerospace Corp. v Mayacamas Corp.*, 485 U.S. 271 (1988)).

This Court has held that a sanction order can qualify under the collateral order doctrine. *See id.*; *e.g., DeSisto College, Inc. v. Line*, 888 F.2d 755, 762 (11th Cir. 1989) (Rule 11 sanction against defendant and defendant's attorney of monetary fine payable "forthwith"). Even if the fee-awarding aspect of the Order does not qualify due to the as-yet-indeterminate amount, the gag order and attorney discipline aspects do meet the first two prongs: those issues are conclusively determined, important, and collateral to the merits of the underlying dispute.

The sole remaining question is whether those sanctions "can be effectively reviewed in an appeal from a final decision determining the amount of sanctions." *Carey v. Kirk*, 2025 WL 1454116, at *1 (11th Cir. May 21, 2025). Here, delayed review would not be "effective review[]" given that the July 13 Order imposes ongoing, serious violations of the First Amendment, restricts litigation conduct in other proceedings,

and also immediately referred one attorney to the Florida bar, prohibited another from seeking *pro hac vice* status for a year (and that time is quickly passing away), and sent a copy of the Order to two other bars for use in complaints against two Department of Justice attorneys. *See, e.g.*, *United States v. Trump*, 88 F.4th 990, 1001 (D.C. Cir. 2023); *United States v. Ford*, 830 F.2d 596, 598 (6th Cir. 1987). Those aspects therefore qualify as immediately appealable under the collateral-order doctrine.

## CONCLUSION

This Court has jurisdiction and should grant an immediate stay of the July 13 Order.

Respectfully submitted,

R. TRENT MCCOTTER
*Acting Deputy Attorney General*

*/s/ R. Trent McCotter*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Washington, DC 20530*
*202-514-2105*

*Counsel for Defendants-Appellees*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 1152 words. This brief also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Garamond 14-point font, a proportionally spaced typeface.

*/s/ R. Trent McCotter*
R. Trent McCotter
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Washington, DC 20530*
*202-514-2105*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ R. Trent McCotter*
R. Trent McCotter
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Washington, DC 20530*
*202-514-2105*