**No. 26-12692-CC**

---

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

**PRESIDENT DONALD J. TRUMP, DONALD J. TRUMP, JR., ERIC TRUMP, THE TRUMP ORGANIZATION, LLC,**
**Plaintiffs-Appellants,**

**ALEJANDRO BRITO, DANIEL EPSTEIN,**
**Interested Parties-Appellants**

**v.**

**INTERNAL REVENUE SERVICE, U.S. DEPARTMENT OF THE TREASURY,**
**Defendants-Appellees,**

**THIRTY-FIVE FORMER FEDERAL JUDGES,**
**Interested-Parties-Appellees.**

---

**On Appeal from the United States District Court**
**for the Southern District of Florida, No. 1:26-cv-20609 (Kathleen M. Williams)**

---

# DEFENDANTS-APPELLEES' RULE 28(J) NOTICE REGARDING PLAINTIFFS-APPELLANTS' EMERGENCY MOTION

---

R. TRENT MCCOTTER
*Acting Deputy Attorney General*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Washington, DC 20530*
*202-514-2105*

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Eleventh Circuit Rule 26.1-1, counsel for Defendants certifies that the following have an interest in the outcome of this appeal:

1) Aburos, Tal – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

2) Biazzo, Corey J. – Pro se Amicus in the District Court

3) Bingham, Lauren C. – Counsel for Amicus in the District Court CREW

4) Bissell, Retired Chief Judge John W. – Appellee and Amicus in the District Court

5) Blanche, Todd – Attorney General, U.S. Department of Justice

6) Boisture, Pooja A. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

7) Bonta, Rob – Amicus, Attorney General of California, Lead Signatory for Twenty-Three State Attorneys General Amici

8) Bradley, Conor – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

9) Bridgman, Glenn – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

10) Brito, Alejandro – Appellant and Counsel for Plaintiffs in the District Court

11) Brito, PLLC – Counsel for Plaintiffs-Appellants

12) Brook, Davida – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

13) Brown, Retired Judge Geraldine Soat – Appellee and Amicus in the District Court

14) Cai, Angela – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

15) Carullo, Nick – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

16) Castillo, Retired Chief Judge Rubén – Appellee and Amicus in the District Court

17) Citizens for Responsibility and Ethics in Washington (CREW) – Amicus in the District Court

18) Clemon, Retired Chief Judge U.W. – Appellee and Amicus in the District Court

19) Common Cause – Amicus in the District Court

20) Corp, Ian Michael – Counsel for Plaintiffs-Appellants

21) Cox, Retired Judge Susan E. – Appellee and Amicus in the District Court

22) Debevoise & Plimpton LLP – Counsel for Amicus in the District Court

23) Democracy Defenders Action – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

24) Democracy Forward Foundation – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

25) Denlow, Retired Judge Morton – Appellee and Amicus in the District Court

26) DLA Piper LLP (US) – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

27) Dow, Randy R. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

28) Duncan, Retired Judge David K. – Appellee and Amicus in the District Court

29) Eisen, Norman L. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

30) Epstein & Co. LLC – Counsel for Plaintiffs-Appellants

31) Epstein, Daniel Z. – Appellant and Counsel for Plaintiffs in the District Court

32) Farchadi, Kayvan A. – Counsel for Amicus in the District Court CREW

33) Finnegan, Retired Chief Judge Sheila – Appellee and Amicus in the District Court

34) Fogel, Retired Judge Jeremy – Appellee and Amicus in the District Court

35) Francis IV, Retired Judge James C. – Appellee and Amicus in the District Court

36) Gay, Faith E. – Amicus in the District Court

37) Gelber Schachter & Greenberg, P.A. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

38) Gertner, Retired Judge Nancy – Appellee and Amicus in the District Court

39) Gleeson, John – Amicus in the District Court

40) Gold, Retired Judge Steven M. – Appellee and Amicus in the District Court

41) Goldgar, Retired Judge A. Benjamin – Appellee and Amicus in the District Court

42) Green, Nicholas R. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

43) Greenberg, Gerald E. – Counsel for Amici in the District Court, Former Government Officials & Public Interest Organizations

44) Grimm, Retired Judge Paul W. – Appellee and Amicus in the District Court

45) Haier, Aaron E. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

46) Halpern, Josh – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

47) Henderson, Retired Judge Thelton – Appellee and Amicus in the District Court

48) Henry, Retired Chief Judge Robert Harlan – Appellee and Amicus in the District Court

49) Hewitt, Jillian – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

50) Holwell, Retired Judge Richard J. – Appellee and Amicus in the District Court

51) Horton, Rachel A.H. – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

52) Hoshijima, Tsuki – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

53) Huvelle, Retired Judge Ellen Segal – Appellee and Amicus in the District Court

54) Internal Revenue Service – Defendant

55) Jasrasaria, Jyoti – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

56) JH Legal PLLC – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

57) Jonas, Stephen A. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

58) Jones III, Retired Judge John E. – Appellee and Amicus in the District Court

59) Joshi, Nandan – Counsel for Amicus in the District Court Public Citizen

60) Keneally, Kathryn – Amicus in the District Court

61) Khan, Ayesha – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

62) Kirn, Harald H. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

63) Klugh, Richard C. – Counsel for Plaintiffs-Appellants

64) Koskinen, John – Amicus in the District Court

65) Lett, Hon. Enjolique A. – U.S. Magistrate Judge

66) Liao, Cynthia – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

67) Luttig, Retired Judge Michael – Appellee and Amicus in the District Court

68) Lynn, Retired Judge Barbara M. G. – Appellee and Amicus in the District Court

69) Mann, Retired Judge Roanne L. – Appellee and Amicus in the District Court

70) Manne, Neal S. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

71) Matz, Retired Judge A. Howard – Appellee and Amicus in the District Court

72) McCotter, R. Trent – Counsel for Defendants

73) Michel, Retired Chief Judge Paul – Appellee and Amicus in the District Court

74) Milelli, Rosario – Nonparty

75) Munger Tolles & Olson LLP – Counsel for Amicus in the District Court

76) Nelson, Justin A. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

77) Newman, Lisa – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

78) O'Malley, Retired Judge Kathleen – Appellee and Amicus in the District Court

79) O'Neil, David A. – Amicus in the District Court

80) Ogden, David W. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

81) Olson, Nina – Amicus in the District Court

82) Oprison, Christopher G. – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

83) Owsley, Retired Judge Brian – Appellee and Amicus in the District Court

84) Perryman, Skye L. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

85) Platkin LLP – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

86) Platkin, Matthew J. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

87) Pro, Retired Judge Philip M. – Appellee and Amicus in the District Court

88) Project On Government Oversight – Amicus in the District Court

89) Public Citizen – Amicus in the District Court

90) Ramanathan, Ravi – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner, and Amici in the District Court 93 Members of the U.S. House of Representatives

91) Rennie, Russell – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

92) Rivero Mestre LLP – Counsel for Appellees Thirty-Five Former Federal Judges, and Amici in the District Court 93 Members of the U.S. House of Representatives

93) Rivero, Andrés – Counsel for Appellees Thirty-Five Former Federal Judges, and Amici in the District Court 93 Members of the U.S. House of Representatives

94) Roberts, Retired Judge Victoria A. – Appellee and Amicus in the District Court

95) Rothenberg, Gilbert – Amicus in the District Court

96) Savage, Zach – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

97) Scheindlin, Retired Judge Shira A. – Appellee and Amicus in the District Court

98) Selendy Gay PLLC – Counsel for Amicus in the District Court

99) Selendy, Philippe Z. – Amicus in the District Court

100) Shackelford, Jr., Stephen – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

101) Sheehan, Daniel C. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

102) Shih, Daniel J. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

103) Smith, Retired Judge Fern M. – Appellee and Amicus in the District Court

104) Stephens III, Glenn – Requested Intervenor in District Court

105) Stoughton, Corey – Amicus in the District Court

106) Sus, Nikhel S. – Counsel for Amicus in the District Court CREW

107) Susman Godfrey L.L.P. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

108) Tenjido-Eljaiek, Daniela – Counsel for Appellees Thirty-Five Former Federal Judges, and Amici in the District Court 93 Members of the U.S. House of Representatives

109) The Trump Organization, LLC – Plaintiff-Appellant

110) Thurston, Robin F. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

111) Tinder, Retired Judge John D. – Appellee and Amicus in the District Court

112) Trump Jr., Donald J. – Plaintiff-Appellant

113) Trump, Eric – Plaintiff-Appellant

114) Trump, President Donald J. – Plaintiff-Appellant

115) Ungaro, Retired Judge Ursula – Appellee and Amicus in the District Court

116) United States Department of the Treasury – Defendant

117) Verrilli, Jr., Donald B. – Amicus in the District Court

118) Walsh, Daniel R. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

119) Ward, Retired Judge T. John – Appellee and Amicus in the District Court

120) Williams, Hon. Kathleen M. – U.S. District Judge

121) Wolf, Retired Judge Mark L. – Appellee and Amicus in the District Court

122) Woodward, Jr., Stanley E. – Associate Attorney General, U.S. Department of Justice

123) Yeakel, Retired Judge Lee – Appellee and Amicus in the District Court

I am unaware of any publicly traded company that has an interest in the outcome of this appeal. Counsel for Appellant The Trump Organization, LLC has certified that The Trump Organization, LLC has no parent organization, and that no publicly traded company or corporation holds a 10% or more interest in The Trump Organization, LLC.

Dated: September 24, 2026 *<u>/s/ R. Trent McCotter</u>*
R. Trent McCotter

## RULE 28(J) NOTICE

Defendants-Appellees attach the district court's recent order refusing to stay its prior order imposing injunctive relief. This Court should grant an immediate stay.

Regarding jurisdiction for this appeal, the district court acknowledged that its prior order imposed restrictions that are injunctive in nature. That is dispositive. Under the district court's logic, no party could ever appeal a decision that imposed restrictions on speech and litigation conduct even *after* the court had lost jurisdiction and the case was final. District courts cannot render their decisions immune from review. Nobody is above the law.

The district court also insisted there was no adversity in the underlying dispute, but the district court refused—yet again—to address *United States v. Nixon*, 418 U.S. 683 (1974). The only logical conclusion at this point is that the district court recognizes its prior order violated *Nixon*. That alone is a sufficient basis to grant a stay.

The district court's criticism of the Department's litigation strategy is wrong on the facts, is illogical, and is also contrary to precedent, as explained in Defendants-Appellees' brief to this Court filed September 11. Notably, prior motions to dismiss similar cases were all denied, Plaintiffs-Appellants recovered no money in the settlement, and any order dismissing the complaint as untimely would have been reversed by this Court—yet the district court irrationally concluded that each of those facts supported sanctions.

The district court's First Amendment analysis violates decades of precedent. It would allow district judges who lack jurisdiction to sua sponte issue orders muzzling parties' speech and actions in other litigation—and then vaguely gesture towards judicial integrity as the supposed compelling justification. Judicial integrity is best served by complying with the First Amendment, not by purporting to gag parties from acknowledging even historical facts.

If the order below is left unstayed, this Court and every district court in this Circuit should prepare for an onslaught of sanctions motions and orders against every claim, lawyer, party, or settlement that any interloper or district judge personally dislikes—precedent, logic, jurisdiction, the Constitution, and the facts all be damned.

Respectfully submitted,

R. TRENT MCCOTTER
*Acting Deputy Attorney General*

*/s/ R. Trent McCotter*
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Washington, DC 20530*
*202-514-2105*

*Counsel for Defendants-Appellees*

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 28(j) because it contains 345 words. This brief also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Garamond 14-point font, a proportionally spaced typeface.

*/s/ R. Trent McCotter*
R. Trent McCotter
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Washington, DC 20530*
*202-514-2105*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ R. Trent McCotter*
R. Trent McCotter
*U.S. Department of Justice*
*950 Pennsylvania Ave., NW*
*Washington, DC 20530*
*202-514-2105*