No. 26-12692

**IN THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

---

PRESIDENT DONALD J. TRUMP; DONALD J. TRUMP, JR.; ERIC TRUMP; and THE TRUMP ORGANIZATION, LLC,
*Plaintiffs-Appellants*,

ALEJANDRO BRITO and DANIEL EPSTEIN,
*Interested Parties-Appellants*,

v.

INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,
*Defendants-Appellees*,

THIRTY-FIVE FORMER FEDERAL JUDGES,
*Interested Parties-Appellees.*

---

On Appeal from the United States District Court for the Southern District of Florida, No. 1:26-cv-20609-KMW

---

**MOTION TO ALTER BRIEFING SCHEDULE / TO FILE BRIEF BY THIRTY-FIVE FORMER FEDERAL JUDGES**

---

Neal S. Manne
Justin A. Nelson
Stephen Shackelford, Jr.
Davida P. Brook*
Daniel J. Shih
Glenn C. Bridgman*
**SUSMAN GODFREY L.L.P.**^
1000 Louisiana St, Suite 5100
Houston, TX 77002
(713) 653-9366
jnelson@susmangodfrey.com

Matthew J. Platkin
Angela Cai
Conor Bradley
**PLATKIN LLP**
1 Gateway Ctr. #1150
Newark, NJ 07102
(973) 561-1952
acai@platkinllp.com

Andrés Rivero
**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
(305) 445-2500
arivero@riveromestre.com

Norman L. Eisen
David W. Ogden
Stephen A. Jonas
Carolina L. Porcile*
**DEMOCRACY DEFENDERS ACTION**
600 Pennsylvania Ave. SE #15180
Washington, D.C. 20003
(202) 594-9958
norman@democracydefenders.org

* *Admitted pro hac vice*

^ *Primary office listed. Counsel for Former Judges Nancy Gertner and Michael Luttig only*

*Counsel for Interested Parties-Appellees*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel for Interested Parties/Appellees certify that to the best of their knowledge, the following is a complete list of the trial judge, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal.

Entities added after Interested Parties / Appellees' last submission of September 11, 2026 are listed at the end of this list (items 138-154).

1. Aburos, Tal – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

2. America First Legal Foundation – Amicus in the Court of Appeals

3. Barry, Nicholas R. – Counsel for Amicus America First Legal Foundation in the Court of Appeals

4. Biazzo, Corey J. – Pro se Amicus in the District Court

5. Bingham, Lauren C. – Counsel for Amicus in the District Court CREW

6. Bissell, John W., Retired Chief Judge – Appellee and Movant/Amicus in the District Court

7. Blanche, Todd – Attorney General, U.S. Department of Justice

8. Boisture, Pooja A. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

9. Bonta, Rob – Amicus in the District Court, Attorney General of California, Lead Signatory for Twenty-Three State Attorneys General Amici

10. Bradley, Conor – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

11. Bridgman, Glenn – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

12. Brito, Alejandro – Appellant and Counsel for Plaintiffs in the District Court

13. Brito, PLLC – Counsel for Plaintiffs-Appellants

14. Brook, Davida – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

15. Brown, Geraldine Soat, Retired Judge – Appellee and Movant/Amicus in the District Court

16. Cai, Angela – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

17. Carullo, Nick – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

18. Castillo, Rubén, Retired Chief Judge – Appellee and Movant/Amicus in the District Court

19. Citizens for Responsibility and Ethics in Washington (CREW) – Amicus in the District Court

20. Clanton, Crystal C. – Counsel for Amicus America First Legal Foundation in the Court of Appeals

21. Clark, Sr., Jeffrey Bossert – Counsel for Amicus in Court of Appeals The Oversight Project

22. Clemon, U.W., Retired Chief Judge – Appellee and Movant/Amicus in the District Court

23. Common Cause – Amicus in the District Court

24. Corp, Ian Michael – Counsel for Plaintiffs-Appellants

25. Cox, Susan E., Retired Judge – Appellee and Movant/Amicus in the District Court

26. Crossin, Robert A. – Counsel for Amicus America First Legal Foundation in the Court of Appeals

27. Debevoise & Plimpton LLP – Counsel for Amicus in the District Court

28. Democracy Defenders Action – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

29. Democracy Forward Foundation – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

30. Denlow, Morton, Retired Judge – Appellee and Movant/Amicus in the District Court

31. DLA Piper LLP (US) – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

32. Dow, Randy R. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

33. Duncan, David K., Retired Judge – Appellee and Movant/Amicus in the District Court

34. Eisen, Norman L. – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

35. Epstein & Co. LLC – Counsel for Plaintiffs-Appellants

36. Epstein, Daniel Z. – Appellant and Counsel for Plaintiffs in the District Court

37. Farchadi, Kayvan A. – Counsel for Amicus in the District Court CREW

38. Finnegan, Sheila, Retired Chief Judge – Appellee and Movant/Amicus in the District Court

39. Fogel, Jeremy, Retired Judge – Appellee and Movant/Amicus in the District Court

40. Foley, Elizabeth Price – Counsel for Amicus in Court of Appeals The Oversight Project

41. Francis IV, James C., Retired Judge – Appellee and Movant/Amicus in the District Court

42. Gay, Faith E. – Amicus in the District Court

43. Gelber Schachter & Greenberg, P.A. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

44. Gertner, Nancy, Retired Judge – Appellee and Movant/Amicus in the District Court

45. Gleeson, John – Amicus in the District Court

46. Gold, Steven M., Retired Judge – Appellee and Movant/Amicus in the District Court

47. Goldgar, A. Benjamin, Retired Judge – Appellee and Movant/Amicus in the District Court

48. Green, Nicholas R. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

49. Greenberg, Gerald E. – Counsel for Amici in the District Court, Former Government Officials & Public Interest Organizations

50. Grimm, Paul W., Retired Judge – Appellee and Movant/Amicus in the District Court

51. Haier, Aaron E. – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

52. Halpern, Josh – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

53. Hamilton, Gene P. – Counsel for Amicus America First Legal Foundation in the Court of Appeals

54. Henderson, Thelton, Retired Judge – Appellee and Movant/Amicus in the District Court

55. Henry, Robert Harlan, Retired Chief Judge – Appellee and Movant/Amicus in the District Court

56. Hewitt, Jillian – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

57. Holtzman Vogel Baran Torchinsky & Josefiak PLLC – Counsel for Amicus in Court of Appeals The Oversight Project

58. Holwell, Richard J., Retired Judge – Appellee and Movant/Amicus in the District Court

59. Horton, Rachel A.H. – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

60. Hoshijima, Tsuki – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

61. Huvelle, Ellen Segal, Retired Judge – Appellee and Movant/Amicus in the District Court

62. Internal Revenue Service – Defendant

63. Jasrasaria, Jyoti – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

64. JH Legal PLLC – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

65. Jonas, Stephen A. – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

66. Jones III, John E., Retired Judge – Appellee and Movant/Amicus in the District Court

67. Joshi, Nandan – Counsel for Amicus in the District Court Public Citizen

68. Kambli, Abhishek – Counsel for Amicus in Court of Appeals The Oversight Project

69. Keneally, Kathryn – Amicus in the District Court

70. Khan, Ayesha – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

71. Kirn, Harald H. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

72. Klugh, Richard C. – Counsel for Plaintiffs-Appellants

73. Koskinen, John – Amicus in the District Court

74. Lett, Hon. Enjolique A. – U.S. Magistrate Judge

75. Liao, Cynthia – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

76. Luttig, Michael, Retired Judge – Appellee and Movant/Amicus in the District Court

77. Lynn, Barbara M. G., Retired Judge – Appellee and Movant/Amicus in the District Court

78. Mann, Roanne L., Retired Judge – Appellee and Movant/Amicus in the District Court

79. Manne, Neal S. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

80. Matz, A. Howard, Retired Judge – Appellee and Movant/Amicus in the District Court

81. McCotter, R. Trent – Counsel for Defendants

82. Michel, Paul, Retired Chief Judge – Appellee and Movant/Amicus in the District Court

83. Milelli, Rosario – Nonparty

84. Munger Tolles & Olson LLP – Counsel for Amicus in the District Court

85. Nelson, Justin A. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

86. Newman, Lisa – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

87. O'Malley, Kathleen, Retired Judge – Appellee and Movant/Amicus in the District Court

88. O'Neil, David A. – Amicus in the District Court

89. Ogden, David W. – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

90. Olson, Nina – Amicus in the District Court

91. Oprison, Christopher G. – Counsel for Plaintiffs-Appellants President Donald J. Trump, Donald J. Trump Jr., Eric Trump, The Trump Organization, LLC, Alejandro Brito, and Daniel Epstein

92. Owsley, Brian, Retired Judge – Appellee and Movant/Amicus in the District Court

93. Perryman, Skye L. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

94. Pinkert, Mark – Counsel for Amicus in Court of Appeals The Oversight Project

95. Platkin LLP – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

96. Platkin, Matthew J. – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

97. Porcile, Carolina – Counsel for Appellees Thirty-Five Former Federal Judges

98. Pro, Philip M., Retired Judge – Appellee and Movant/Amicus in the District Court

99. Project On Government Oversight – Amicus in the District Court

100. Public Citizen – Amicus in the District Court

101. Ramanathan, Ravi – Counsel for Appellees Thirty-Five Former Federal Judges and Amici in the District Court 93 Members of the U.S. House of Representatives

102. Rennie, Russell – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

103. Rivero Mestre LLP – Counsel for Appellees Thirty-Five Former Federal Judges, and Amici in the District Court 93 Members of the U.S. House of Representatives

104. Rivero, Andrés – Counsel for Appellees Thirty-Five Former Federal Judges, and Amici in the District Court 93 Members of the U.S. House of Representatives

105. Roberts, Victoria A., Retired Judge – Appellee and Movant/Amicus in the District Court

106. Rothenberg, Gilbert – Amicus in the District Court

107. Rubinstein, Reed D. – Counsel for Amicus America First Legal Foundation in the Court of Appeals

108. Savage, Zach – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

109. Scheindlin, Shira A., Retired Judge – Appellee and Movant/Amicus in the District Court

110. Selendy Gay PLLC – Counsel for Amicus in the District Court

111. Selendy, Philippe Z. – Amicus in the District Court

112. Shackelford, Jr., Stephen – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

113. Sheehan, Daniel C. – Counsel for Amici in the District Court Twenty-Three State Attorneys General

114. Shih, Daniel J. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

115. Smith, Fern M., Retired Judge – Appellee and Movant/Amicus in the District Court

116. Stephens III, Glenn – Requested Intervenor in District Court

117. Stoughton, Corey – Amicus in the District Court

118. Strauss, Julie A. – Counsel for Amicus America First Legal Foundation in the Court of Appeals

119. Sus, Nikhel S. – Counsel for Amicus in the District Court CREW

120. Susman Godfrey L.L.P. – Counsel for Appellees Retired Judges Michael Luttig and Nancy Gertner

121. Tenjido-Eljaiek, Daniela – Counsel for Appellees Thirty-Five Former Federal Judges, and Amici in the District Court 93 Members of the U.S. House of Representatives

122. The Oversight Project – Amicus in the Court of Appeals

123. The Trump Organization, LLC – Plaintiff-Appellant

124. Thurston, Robin F. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

125. Tinder, John D., Retired Judge – Appellee and Movant/Amicus in the District Court

126. Trump Jr., Donald J. – Plaintiff-Appellant

127. Trump, Eric – Plaintiff-Appellant

128. Trump, President Donald J. – Plaintiff-Appellant

129. Ungaro, Ursula, Retired Judge – Appellee and Movant/Amicus in the District Court

130. United States Department of the Treasury – Defendant

131. Verrilli, Jr., Donald B. – Amicus in the District Court

132. Walsh, Daniel R. – Counsel for Amici in the District Court Former Government Officials & Public Interest Organizations

133. Ward, T. John, Retired Judge – Appellee and Movant/Amicus in the District Court

134. Williams, Hon. Kathleen M. – U.S. District Judge

135. Wolf, Mark L., Retired Judge – Appellee and Movant/Amicus in the District Court

136. Woodward, Jr., Stanley E. – Associate Attorney General, U.S. Department of Justice

137. Yeakel, Lee, Retired Judge – Appellee and Movant/Amicus in the District Court

138. Mills, Christopher – Counsel for Amicus America First Legal Foundation

139. Uthmeier, James – Attorney General for Amici State of Florida

140. Marshall, Steve – Attorney General for Amici State of Alabama

141. Rokita, Theodore – Attorney General for Amici State of Indiana

142. Bird, Brenna – Attorney General for Amici State of Iowa

143. Murrill, Liz – Attorney General for Amici State of Louisiana

144. Fitch, Lynn – Attorney General for Amici State of Mississippi

145. Hilgers, Michael – Attorney General for Amici Nebraska

146. Wilson, Alan – Attorney General for Amici State of South Carolina

147. Jackley, Marty – Attorney General for Amici State of South Dakota

148. Paxton, Ken – Attorney General for Amici State of Texas

149. Dewhirst, David M.S. – Solicitor General for the State of Florida, Counsel for Amici States Florida et al. in the Court of Appeals

150. Muehlhoff, Jason J. – Chief Deputy Solicitor General for the State of Florida, Counsel for Amici States Florida et al. in the Court of Appeals

151. Landmark Legal Foundation – Proposed Amicus in the Court of Appeals

152. Hutchison, Richard P. – Counsel for proposed Amicus Landmark Legal Foundation in the Court of Appeals

153. O'Neill, Michael J. – Counsel for proposed Amicus Landmark Legal Foundation in the Court of Appeals

154. Matthew C. Forys – Counsel for proposed Amicus Landmark Legal Foundation in the Court of Appeals

Dated: October 8, 2026 /s/ Angela Cai

## TABLE OF CONTENTS

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT ........ 1

TABLE OF CONTENTS ........ i

BACKGROUND ........ 2

ARGUMENT ........ 4

CONCLUSION ........ 7

APPENDIX: LIST OF MOVANTS / AMICI CURIAE IN THE DISTRICT COURT AS INTERESTED PARTIES-APPELLEES ........ 8

CERTIFICATE OF COMPLIANCE ........ 11

CERTIFICATE OF SERVICE ........ 12

Interested Parties / Appellees Thirty-Five Former Federal Judges move before this Court to modify the operative briefing order and schedule issued September 15, 2026, D.E. 60,[1] to account for merits briefs in response to briefs filed by Plaintiffs-Appellants ("Appellants") and the Government as Defendants-Appellees ("Government"). Counsel for Proposed Intervenors join in this request.

Appellants and the Government do not object to the filing of these additional briefs. Unfortunately, the parties could not reach agreement on the deadlines for the filings.

**BACKGROUND**

The full procedural history of this matter is outlined in prior briefing. *See, e.g.*, D.E. 31, and in this Court's September 29 order, DE. 68. We highlight relevant details below.

Interested Parties / Appellees are Thirty-Five Former Federal Judges ("Former Judges") who moved before the District Court to reopen the case below based on extraordinary circumstances surrounding the initiation of the lawsuit, the parties' conduct, and alleged settlement of the suit. SDFla.Dkt.63. The Former Judges moved to appear as *amici* in the alternative. *Id.* After briefing, the District Court issued an order on July 13 finding that the plaintiffs and defendants were not adverse and the lawsuit was collusive; it imposed certain non-monetary sanctions and reserved

[1] "D.E." references are to the Eleventh Circuit docket in this case.

decisions on whether attorneys' fees should be awarded to the Former Judges or other *amici*. SDFla.Dkt.106.

Appellants filed a notice of appeal on July 31. SDFla.Dkt.114. A group of former government officials and public interest organizations, *amici* in the District Court, moved to intervene in this appeal on August 14. D.E. 21. The Government, who had not previously appeared in the District Court, filed a notice of cross-appeal on September 11. SDFla.Dkt.129. This Court issued a jurisdictional question on August 28, to which Appellants, the Government, and Former Judges responded on September 11. D.E. 42, 54, 56, 57. On September 29, this Court denied Appellants' motion for a stay pending appeal—to which the Former Judges filed an opposition and Proposed Intervenors filed a proposed opposition. In that decision, this Court carried the jurisdictional question and the motion to intervene with the case. D.E. 68 at 2, 9 nn.1, 3.

The parties are now in the midst of merits briefing. The Court issued a new cross-appeal briefing notice on September 15. D.E. 60. The notice lists the briefing order and schedule for merits briefs by Appellants and the Government as appellees / cross-appellants. *Id.* Because the notice does not specify the filing of briefs by the Former Judges as Interested Parties / Appellees and Proposed Intervenors, the instant motion requests a modification to the briefing order.

## ARGUMENT

The Court's briefing notice issued on September 15 provides:

- "appellant/cross-appellee's initial brief shall be filed within 40 days after the date on which the record is deemed filed as provided by 11th Cir. R. 12-1;
- appellee/cross-appellant's brief shall be filed within 30 days after service of the last appellant's brief;
- appellant/cross-appellee's second brief shall be filed within 30 days after service of the last appellee/cross-appellant's brief; and
- appellee/cross-appellant's reply brief shall be filed within 21 days after service of the last appellant/cross-appellee's second brief."

D.E. 60.

While this appeal contains a notice of appeal by Appellants and cross-appeal by the Government, it is not an ordinary cross-appeal. The gravamen of the controversy on appeal is the District Court's conclusion that there is no adversity between those parties—*i.e.*, both the appellant and Government as cross-appellant. Unsurprisingly, both parties have advanced directionally similar positions on appeal thus far regarding the motion for stay pending appeal and the jurisdictional question. *See* D.E. 8, 12, 54, 56, 61-1, 66. But the September 15 briefing order does not expressly permit briefing from the Former Judges or from Proposed Intervenors, whose positions are counter to the parties'.[2]

[2] The District Court specifically credited the Former Judges whose "briefing [that] precipitated [its] Order," and stated initial *amici*—including Proposed Intervenors—may move for attorneys' fees in its July 13 order. *See* SDFla.Dkt.106 at 53.

Counsel for Former Judges have reached out to Appellants' and the Government's counsel. Both consented to the entry of a modified briefing schedule that permits the Former Judges and Proposed Intervenors to file briefs after the Government's principal brief is submitted. However, Appellants and the Government both oppose the Former Judges' and Proposed Intervenors' proposed timing for submission of merits briefs.

A summary of the parties' positions regarding the timing of brief submission is as follows:

| **Event** | **Former Judges' Proposal (With Proposed Intervenors' Consent)**[3] | **Government's Proposal** | **Appellants'/ Attorneys' Proposal** |
|---|---|---|---|
| Gov. Opening Brief Due | October 28 | October 28 | October 28 |
| Former Judges' and Proposed Intervenors' Briefs Due | December 7 | November 4 | November 4 |
| Appellants /Attorneys Reply Brief Due | January 18 | December 4 | December 4 |
| Gov. Reply Brief Due | January 18 | December 18 | December 18 |

[3] In an effort to secure consent, Former Judges offered to file their brief on November 25 and for the Appellants' and Government's briefs to be due anytime in December or early January. That proposal was also not accepted.

Former Judges' and Proposed Intervenors' proposal is eminently reasonable and supported by good cause. Their proposed December 7 deadline for their principal briefs would be 40 days from the filing of the Government's principal brief, inclusive of the Thanksgiving holiday. By contrast, the Government and Appellants would have the principal brief due on November 4, just one *week* after the Government's brief. Most importantly, the Former Judges and Proposed Intervenors need time to review and respond to the Government's arguments. And the Former Judges' and Proposed Intervenors' proposal is fair, given that the Government—whose positions have been directionally aligned with the Appellants' from the start of this litigation—has had months to plan their opening brief in this case. Moreover, November 4 is just one day after the November 3, 2026 election—for which Former Judges' and Proposed Intervenors' counsel anticipate significant client advice and litigation responsibilities before, during, and after the election. Finally, there is no motion to expedite this appeal, nor would any such motion be meritorious. *See* 11th Cir. R.27 I.O.P.3.

As for the deadlines for reply briefs from Appellants and the Government, Former Judges and Proposed Intervenors believe it is most reasonable for both reply briefs to be due simultaneously. After all, Appellants and the Government filed their briefs supporting arguments for a stay pending appeal on the same date in this matter, *see* D.E. 8, 12, and have shown no indication of needing to oppose each other's

arguments. But Former Judges and Proposed Intervenors do not believe they will be prejudiced by a staggered briefing schedule for reply briefs and leave this issue to the sound discretion of this Court.

## CONCLUSION

For the foregoing reasons, the Court should grant the motion to alter the briefing schedule.

October 8, 2026

Respectfully submitted,
/s/ Angela Cai

Neal S. Manne
Justin A. Nelson
Stephen Shackelford, Jr.
Davida P. Brook*
Daniel J. Shih
Glenn C. Bridgman*
**SUSMAN GODFREY L.L.P.**^
1000 Louisiana St, Suite 5100
Houston, TX 77002
(713) 653-9366
jnelson@susmangodfrey.com

Matthew J. Platkin
Angela Cai
Conor Bradley
**PLATKIN LLP**
1 Gateway Ctr. #1150
Newark, NJ 07102
(973) 561-1952
acai@platkinllp.com

Andrés Rivero
**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
(305) 445-2500
arivero@riveromestre.com

Norman L. Eisen
David W. Ogden
Stephen A. Jonas
Carolina L. Porcile*
**DEMOCRACY DEFENDERS ACTION**
600 Pennsylvania Ave. SE #15180
Washington, D.C. 20003
(202) 594-9958
norman@democracydefenders.org

* *Admitted pro hac vice*

^ *Primary office listed. Counsel for Former Judges Nancy Gertner and Michael Luttig only*

*Counsel for Interested Parties-Appellees*

## APPENDIX: LIST OF MOVANTS / AMICI CURIAE IN THE DISTRICT COURT AS INTERESTED PARTIES-APPELLEES

Judge Michael Luttig, U.S. Circuit Judge, U.S. Court of Appeals for the Fourth Circuit (Ret.)

Judge Nancy Gertner, U.S. District Judge, District of Massachusetts (Ret.)

Chief Judge John W. Bissell, U.S. District Judge, District of New Jersey (Ret.)

Judge Geraldine Soat Brown, U.S. Magistrate Judge, Northern District of Illinois (Ret.)

Chief Judge Rubén Castillo, U.S. District Judge, Northern District of Illinois (Ret.)

Chief Judge U.W. Clemon, U.S. District Judge, Northern District of Alabama (Ret.)

Judge Susan E. Cox, U.S. Magistrate Judge, Northern District of Illinois (Ret.)

Judge Morton Denlow, U.S. Magistrate Judge, Northern District of Illinois (Ret.)

Judge David K. Duncan, U.S. Magistrate Judge, District of Arizona (Ret.)

Chief Judge Sheila Finnegan, U.S. Magistrate Judge, Northern District of Illinois (Ret.)

Judge Jeremy Fogel, U.S. District Judge, Northern District of California (Ret.)

Judge James C. Francis IV, U.S. Magistrate Judge, Southern District of New York (Ret.)

Judge Steven M. Gold, U.S. Magistrate Judge, Eastern District of New York (Ret.)

Judge A. Benjamin Goldgar, U.S. Bankruptcy Judge, Northern District of Illinois (Ret.)

Judge Paul W. Grimm, U.S. District Judge, District of Maryland (Ret.)

Chief Judge Robert Harlan Henry, U.S. Circuit Judge, U.S. Court of Appeals for the Tenth
Circuit (Ret.)

Judge Thelton Henderson, U.S. District Judge, Northern District of California (Ret.)

Judge Richard J. Holwell, U.S. District Judge, Southern District of New York (Ret.)

Judge Ellen Segal Huvelle, U.S. District Judge, District of Columbia (Ret.)

Judge John E. Jones III, U.S. District Judge, Middle District of Pennsylvania (Ret.)

Judge Barbara M. G. Lynn, U.S. District Judge, Northern District of Texas (Ret.)

Judge Roanne L. Mann, U.S. Magistrate Judge, Eastern District of New York (Ret.)
Judge A. Howard Matz, U.S. District Judge, Central District of California (Ret.)

Chief Judge Paul Michel, U.S. Circuit Judge, U.S. Court of Appeals for the Federal Circuit (Ret.)

Judge Kathleen O'Malley, U.S. Circuit Judge, U.S. Court of Appeals for the Federal Circuit
(Ret.)

Judge Brian Owsley, U.S. Magistrate Judge, Southern District of Texas (Ret.)

Judge Philip M. Pro, U.S. District Judge, District of Nevada (Ret.)

Judge Victoria A. Roberts, U.S. District Judge, Eastern District of Michigan (Ret.)

Judge Shira A. Scheindlin, U.S. District Judge, Southern District of New York (Ret.)

Judge Fern M. Smith, U.S. District Judge, Northern District of California (Ret.)

Judge John D. Tinder, U.S. Circuit Judge, U.S. Court of Appeals for the Seventh Circuit (Ret.)

Judge Ursula Ungaro, U.S. District Judge, Southern District of Florida (Ret.)

Judge T. John Ward, U.S. District Judge, Eastern District of Texas (Ret.)

Judge Mark L. Wolf, U.S. District Judge, District of Massachusetts (Ret.)

Judge Lee Yeakel, U.S. District Judge, Western District of Texas (Ret.)

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts exempted by Fed. R. App. P. 32(f), it contains 1,125 words. This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), and with 11th Cir. R. 32-4, because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: October 8, 2026 /s/ Angela Cai

## CERTIFICATE OF SERVICE

I hereby certify that on October 8, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. All counsel of record are registered CM/ECF users and will be served by that system.

Dated: October 8, 2026 /s/ Angela Cai