In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 26-12692

---

PRESIDENT DONALD J. TRUMP,
DONALD J. TRUMP, JR.,
ERIC TRUMP,
THE TRUMP ORGANIZATION, LLC.,

*Plaintiffs-Appellants*
*Cross Appellees,*

ALEJANDRO BRITO,
DANIEL EPSTEIN,

*Interested Parties-Appellants*
*Cross Appellees,*

*versus*

INTERNAL REVENUE SERVICE,
U.S. DEPARTMENT OF THE TREASURY,

*Defendants-Appellees*
*Cross Appellants,*

THIRTY-FIVE FORMER FEDERAL JUDGES,

*Interested Parties-Appellees.*

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:26-cv-20609-KMW

ORDER:

The motion for leave to file amicus brief out of time filed by Landmark Legal Foundation in Support of Plaintiffs-Appellants is GRANTED.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE