No. 26-12692

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

---

PRESIDENT DONALD J. TRUMP; DONALD J. TRUMP, JR.; ERIC TRUMP; and THE TRUMP ORGANIZATION, LLC,
*Plaintiffs-Appellants*,

ALEJANDRO BRITO and DANIEL EPSTEIN,
*Interested Parties-Appellants*,

v.

INTERNAL REVENUE SERVICE and U.S. DEPARTMENT OF THE TREASURY,
*Defendants-Appellees*,

THIRTY-FIVE FORMER FEDERAL JUDGES,
*Interested Parties-Appellees.*

---

On Appeal from the United States District Court for the Southern District of Florida, No. 1:26-cv-20609-KMW

---

**THIRTY-FIVE FORMER FEDERAL JUDGES' RESPONSE TO APPELLANT DANIEL EPSTEIN'S TIME-SENSITIVE MOTION TO EXPEDITE CONSIDERATION AND DISPOSITION OF THE APPEAL**

---

Neal S. Manne
Justin A. Nelson
Stephen Shackelford, Jr.
Davida P. Brook*
Daniel J. Shih
Glenn C. Bridgman*
**SUSMAN GODFREY L.L.P.**^
1000 Louisiana St, Suite 5100
Houston, TX 77002
(713) 653-9366
jnelson@susmangodfrey.com

Matthew J. Platkin
Angela Cai
Conor Bradley
**PLATKIN LLP**
1 Gateway Ctr. #1150
Newark, NJ 07102
(973) 561-1952
acai@platkinllp.com

Andrés Rivero
**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
(305) 445-2500
arivero@riveromestre.com

Norman L. Eisen
David W. Ogden
Stephen A. Jonas
Carolina L. Porcile*
**DEMOCRACY DEFENDERS ACTION**
600 Pennsylvania Ave. SE #15180
Washington, D.C. 20003
(202) 594-9958
norman@democracydefenders.org

* *Admitted pro hac vice*

^ *Primary office listed. Counsel for Former Judges Nancy Gertner and Michael Luttig only*

*Counsel for Interested Parties-Appellees*

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Counsel for Interested Parties/Appellees certify that to the best of their knowledge, there are no changes to its previously-filed list of the trial judge, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal.

Dated: October 27, 2026 /s/ Angela Cai

# TABLE OF CONTENTS

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT ........ C1

TABLE OF CONTENTS ........ i

ARGUMENT ........ 1

APPENDIX: LIST OF MOVANTS / AMICI CURIAE IN THE DISTRICT COURT AS INTERESTED PARTIES-APPELLEES ........ 3

CERTIFICATE OF COMPLIANCE ........ 6

CERTIFICATE OF SERVICE ........ 7

## ARGUMENT[1]

While the professional consequences that Appellant Daniel Epstein discusses in his motion appear hypothetical,[2] the Former Judges have no objection to Mr. Epstein's request that the Court "promptly consider and resolve this appeal once briefing is complete." Mot. 2. To the extent he opposes the briefing schedule proposed by the Former Judges, *see* Mot. 13, that is the subject of a different motion fully briefed before this Court prior to Mr. Epstein's motion. *See* CA11 ECF 86.

---

[1] Proposed Intervenors join in this response.

[2] The Motion discusses only "contemplated employment action" by Florida International University, whose administration does not appear to have acted. Mot. 11. Notably, the school effectuated its decision to appoint Mr. Epstein as Interim Dean after the July 13 District Court Order was issued. *See, e.g.*, Austin Horn, *'Unusual': How a Trump attorney became interim dean of FIU's up-and-coming law school*, Miami Herald (July 24, 2026), https://www.miamiherald.com/news/local/education/article316637500.html.

October 27, 2026

Respectfully submitted,

/s/ Angela Cai

Neal S. Manne
Justin A. Nelson
Stephen Shackelford, Jr.
Davida P. Brook*
Daniel J. Shih
Glenn C. Bridgman*
**SUSMAN GODFREY L.L.P.**^
1000 Louisiana St, Suite 5100
Houston, TX 77002
(713) 653-9366
jnelson@susmangodfrey.com

Matthew J. Platkin
Angela Cai
Conor Bradley
**PLATKIN LLP**
1 Gateway Ctr. #1150
Newark, NJ 07102
(973) 561-1952
acai@platkinllp.com

Andrés Rivero
**RIVERO MESTRE LLP**
2525 Ponce de Leon Boulevard, Suite 1000
Miami, Florida 33134
(305) 445-2500
arivero@riveromestre.com

Norman L. Eisen
David W. Ogden
Stephen A. Jonas
Carolina L. Porcile*
**DEMOCRACY DEFENDERS ACTION**
600 Pennsylvania Ave. SE #15180
Washington, D.C. 20003
(202) 594-9958
norman@democracydefenders.org

* *Admitted pro hac vice*

^ *Primary office listed. Counsel for Former Judges Nancy Gertner and Michael Luttig only*

*Counsel for Interested Parties-Appellees*

## APPENDIX: LIST OF MOVANTS / AMICI CURIAE IN THE DISTRICT COURT AS INTERESTED PARTIES-APPELLEES

Judge Michael Luttig, U.S. Circuit Judge, U.S. Court of Appeals for the Fourth Circuit (Ret.)

Judge Nancy Gertner, U.S. District Judge, District of Massachusetts (Ret.)

Chief Judge John W. Bissell, U.S. District Judge, District of New Jersey (Ret.)

Judge Geraldine Soat Brown, U.S. Magistrate Judge, Northern District of Illinois (Ret.)

Chief Judge Rubén Castillo, U.S. District Judge, Northern District of Illinois (Ret.)

Chief Judge U.W. Clemon, U.S. District Judge, Northern District of Alabama (Ret.)

Judge Susan E. Cox, U.S. Magistrate Judge, Northern District of Illinois (Ret.)

Judge Morton Denlow, U.S. Magistrate Judge, Northern District of Illinois (Ret.)

Judge David K. Duncan, U.S. Magistrate Judge, District of Arizona (Ret.)

Chief Judge Sheila Finnegan, U.S. Magistrate Judge, Northern District of Illinois (Ret.)

Judge Jeremy Fogel, U.S. District Judge, Northern District of California (Ret.)

Judge James C. Francis IV, U.S. Magistrate Judge, Southern District of New York (Ret.)

Judge Steven M. Gold, U.S. Magistrate Judge, Eastern District of New York (Ret.)

Judge A. Benjamin Goldgar, U.S. Bankruptcy Judge, Northern District of Illinois (Ret.)

Judge Paul W. Grimm, U.S. District Judge, District of Maryland (Ret.)

Chief Judge Robert Harlan Henry, U.S. Circuit Judge, U.S. Court of Appeals for the Tenth
Circuit (Ret.)

Judge Thelton Henderson, U.S. District Judge, Northern District of California (Ret.)

Judge Richard J. Holwell, U.S. District Judge, Southern District of New York (Ret.)

Judge Ellen Segal Huvelle, U.S. District Judge, District of Columbia (Ret.)

Judge John E. Jones III, U.S. District Judge, Middle District of Pennsylvania (Ret.)

Judge Barbara M. G. Lynn, U.S. District Judge, Northern District of Texas (Ret.)

Judge Roanne L. Mann, U.S. Magistrate Judge, Eastern District of New York (Ret.)
Judge A. Howard Matz, U.S. District Judge, Central District of California (Ret.)

Chief Judge Paul Michel, U.S. Circuit Judge, U.S. Court of Appeals for the Federal Circuit (Ret.)

Judge Kathleen O'Malley, U.S. Circuit Judge, U.S. Court of Appeals for the Federal Circuit
(Ret.)

Judge Brian Owsley, U.S. Magistrate Judge, Southern District of Texas (Ret.)

Judge Philip M. Pro, U.S. District Judge, District of Nevada (Ret.)

Judge Victoria A. Roberts, U.S. District Judge, Eastern District of Michigan (Ret.)

Judge Shira A. Scheindlin, U.S. District Judge, Southern District of New York (Ret.)

Judge Fern M. Smith, U.S. District Judge, Northern District of California (Ret.)

Judge John D. Tinder, U.S. Circuit Judge, U.S. Court of Appeals for the Seventh Circuit (Ret.)

Judge Ursula Ungaro, U.S. District Judge, Southern District of Florida (Ret.)

Judge T. John Ward, U.S. District Judge, Eastern District of Texas (Ret.)

Judge Mark L. Wolf, U.S. District Judge, District of Massachusetts (Ret.)

Judge Lee Yeakel, U.S. District Judge, Western District of Texas (Ret.)

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts exempted by Fed. R. App. P. 32(f), it contains 151 words. This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), and with 11th Cir. R. 32-4, because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman.

Dated: October 27, 2026 /s/ Angela Cai

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit using the CM/ECF system. All counsel of record are registered CM/ECF users and will be served by that system.

Dated: October 27, 2026 /s/ Angela Cai