In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 26-12692

---

PRESIDENT DONALD J. TRUMP,
DONALD J. TRUMP, JR.,
ERIC TRUMP,
THE TRUMP ORGANIZATION, LLC.,

*Plaintiffs-Appellants*
*Cross Appellees,*

ALEJANDRO BRITO,
DANIEL EPSTEIN,

*Interested Parties-Appellants*
*Cross Appellees,*

*versus*

INTERNAL REVENUE SERVICE,
U.S. DEPARTMENT OF THE TREASURY,

*Defendants-Appellees*
*Cross Appellants,*

THIRTY-FIVE FORMER FEDERAL JUDGES,

*Interested Parties-Appellees.*

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:26-cv-20609-KMW

ORDER:

"Motion to Alter Briefing Schedule / To File Brief by Thirty-Five Former Federal Judges" is GRANTED in part as follows:

The plaintiffs' brief, filed on September 28, 2026, and the defendants' brief, filed on October 28, 2026, shall both serve as an appellant's principal brief.

The thirty-five former federal judges must file an appellee's principal brief within 30 days after the date of this order.

The plaintiffs and the defendants may file reply briefs within 21 days after the appellee's principal brief is filed.

"Appellant Daniel Epstein's Time-Sensitive Motion to Expedite Consideration and Disposition of the Appeal" is GRANTED to the extent that the Clerk's Office is DIRECTED to place this appeal on the next available oral argument calendar after briefing is completed.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE